UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOE THOMAS VALLEJO #193724, Plaintiff | CIVIL DOCKET NO. 22-CV-0149 SEC P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| JULLIAN WHITTINGTON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 8), and after a de novo review of the record including the Objection filed by Petitioner (Record Document 9), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Record Document 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE** to filing a complaint under 42 U.S.C. § 1983 or refiling a habeas Petition once his claims are exhausted. In this instance, a certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 2nd day of June, 2022.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**